## 28901. SUN FINANCE COMPANY v. LAWRIMORE.

GRICE, Chief Justice.

This case is controlled by the decision rendered on this date in *G. A. C. Finance Corp. v. Hardy,* 232 Ga. 632.

*Judgment affirmed. All the Justices concur.*

ARGUED JULY 8, 1974 — DECIDED SEPTEMBER 3, 1974.

*Arnall, Golden & Gregory, H. Fred Gober,* for appellant.
*Alfred C. Kammer, II, Lee Payne, Michael H. Terry,* for appellee.
*Hansell, Post, Brandon & Dorsey, Allen Post, W. Rhett Tanner, W. Stell Huie, Terrence Lee Croft, D. Lake Ramsey,* amicus curiae.